UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| USA | § | |
|---|---|---|
| | § | |
| vs. | § | Case Number: SA:19-M-00131(1) |
| | § | |
| (1) Benjamin Bogard | § | |

## ORDER SETTING DETENTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for Thursday, February 21, 2019 at 02:00 PM, in Courtroom C, on the 4th Floor in the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX .

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this **19th day of February, 2019.**

_____
HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE